IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMOTHY GLIDEWELL                                                                PLAINTIFF

V.                           CASE NO. 3:17-CV-00056 JM/BD

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT and
DOES                                                                              DEFENDANTS

# RECOMMENDED DISPOSITION

I. **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II. **Discussion**

Timothy Glidewell, an inmate at the Craighead County Detention Facility, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Because Mr. Glidewell neither paid the statutory filing fee nor submitted a complete *in forma pauperis* (IFP) application, the Court ordered Mr. Glidewell to do one or the other

within thirty days of March 31, 2017. (#2) The Court specifically cautioned that his claims could be dismissed, without prejudice, if he failed to comply with the Court's order. As of this date, Mr. Glidewell has neither paid the statutory filing fee nor submitted an IFP application, as ordered.

## III. Conclusion

The Court recommends that Mr. Glidewell's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 31, 2017 order and his failure to prosecute this lawsuit.

DATED this 4th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE