IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIMOTHY GLIDEWELL                                                          PLAINTIFF

CASE NO. 3:17-CV-0056 JM/BD

CRAIGHEAD COUNTY
SHERIFF's DEPARTMENT and
DOES                                                                      DEFENDANTS

## ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Glidewell's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's March 31, 2017 order and his failure to prosecute this lawsuit. The Clerk is directed to close this case.

IT IS SO ORDERED, this 23rd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE